**Opinion issued January 23, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-19-00772-CR

———————————

**EUNICE LEE STEVENSON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case No. 84653-CR**

---

## MEMORANDUM OPINION

Appellant, Eunice Lee Stevenson Jr., has filed a motion to dismiss this appeal.

The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and

no prior decision has issued. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant

the motion and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).